# UNITED STATES DISTRICT COURT

Western District of Missouri

JUDGMENT IN A CIVIL CASE

DANIELANA A. WADE

    v.

JO ANNE BARNHART

                                          Case Number: 05-3349-SSA-CV-S-WAK

__     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**     **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED THAT:** the decision of the Commissioner is affirmed and this case is dismissed.


*ENTERED ON:*

                                            *Patricia L. Brune*

*June 29, 2006*                                               Clerk
*Date*

                                            */s/*

                                            ***(By) Deputy Clerk***